## DONOVAN v. BROWN et al.

### No. 7770.

United States Court of Appeals for the District of Columbia.

Argued Nov. 3, 1941.

Decided Dec. 10, 1941.

Mr. James J. Laughlin, of Washington, D. C., for plaintiff in error.

Mr. Vernon E. West, Principal Asst. Corp. Counsel, of Washington, D. C., with whom Messrs. Richmond B. Keech, Corp. Counsel, and Chester H. Gray, Asst. Corp. Counsel, both of Washington, D. C., were on the brief, for defendants in error.

Before GRONER, Chief Justice, and MILLER and EDGERTON, Associate Justices.

PER CURIAM.

On this appeal, appellant objects to the trial court's charge to the jury, but the so-called bill of exceptions does not indicate that he did so at the trial. The objection comes too late. Martin v. Washington Times Co., 67 App.D.C. 11, 89 F.2d 230. It is a salutary rule that errors which the trial court is given no opportunity to correct will not, in general, be considered on appeal.

Affirmed.

GRONER, C. J., took no part in the consideration and decision of this case.